IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:17CR85 |
| vs. | ORDER |
| DUANE L. LEVERING, | |
| Defendant. | |

IT IS ORDERED that:

1. The defendant's Unopposed Motion to Continue Dispositional Hearing (filing 66) is granted.

2. Defendant Duane L. Levering's violation of supervised release hearing is continued to May 21, 2020, at 10:30 a.m., before the undersigned Chief United States District Judge, in Courtroom No. 1, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant shall be present at the hearing.

Dated this 15th day of January, 2020.

BY THE COURT:

John M. Gerrard
Chief United States District Judge